

**MEMO ENDORSED**

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

LAW OFFICES OF
JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

PH: (212) 581-1001
FX: (212) 581-4999

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-2024
```

February 12, 2024

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Robert Birch</u>, 23 CR 563 (LAK) (SDNY)

Dear Judge Kaplan:

      I am writing on behalf of defendant Robert Birch to respectfully request a modification of the defendant's bail conditions which would permit him to travel to Montvale, New Jersey for a medical appointment on February 27, 2024, the details of which have been provided to both the government and Pretrial Services. Intensive Supervision Specialist Jonathan Lettieri from Pretrial Services has no objection to this request and the government defers to the position of Pretrial Services.

      By way of background, on November 2, 2023, Mr. Birch was released on a $500,000 personal recognizance bond signed by two financial responsible persons by Judge Gary Stein with conditions, *inter alia*, that Mr. Birch's travel be restricted to the Southern and Eastern Districts of New York. Since that time, Mr. Birch has remained compliant with the conditions of his release.

JEFFREY LICHTMAN

Hon. Lewis A. Kaplan
United States District Judge
February 12, 2024
Page 2

      Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

                                  Respectfully submitted,

                                  Jeffrey Lichtman

cc:    Jamie Bagliebter, Esq.
       Elizabeth Espinosa, Esq.
       Assistant United States Attorneys (by ECF)

       Jonathan Lettieri
       Pretrial Services Officers (by email)

So Ordered:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

**Dated: 2/13/2024**