

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-25

February 28, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Robert Birch, a/k/a "Robbie Birch"*, 23 Cr. 563 (LAK)

Dear Judge Kaplan:

    The Government writes with consent of the defense to respectfully request that the conference scheduled for March 5, 2025, be adjourned to a date in approximately six weeks. The Government requires additional time to consider the defendant's mitigation submission. An adjournment of approximately six weeks will enable the parties to continue their discussions of a potential pretrial resolution.

    Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between March 5, 2025 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with counsel for the defendant, who do not object to the exclusion of time.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: ___/s/_____
Jamie Bagliebter / Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-2236/-2216

CC: Counsel of Record

**SO ORDERED**

*Adjourned until 4/15/25 at 10 a.m. Time excluded to and including 4/15/25. The interests of justice served thereby outweigh the interests of the public and the defendant in a speedy trial for the reasons stated above.*

3/3/25

_____
LEWIS A. KAPLAN, USDJ