LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/25
```

April 9, 2025

**MEMO ENDORSED**

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Robert Birch</u>, 23 CR 563 (LAK) (SDNY)

Dear Judge Kaplan:

I am writing on behalf of defendant Robert Birch and with the consent of the government to respectfully request a 45-day adjournment of the April 15, 2025 status conference before Your Honor. To briefly explain, the government's mitigation committee has recently issued a recommendation as to this case, and defense counsel, together with their experts, now have an opportunity to meet jointly with the mitigation committee and the chief of the criminal division to appeal that recommendation and discuss a potential pretrial resolution. The parties are in the process of scheduling such a meeting. To facilitate continued plea negotiations, the defendant consents to the exclusion of time under the Speedy Trial Act between April 15, 2025 and the next scheduled conference, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Jamie Bagliebter, Esq.
Elizabeth Espinosa, Esq.
Assistant United States Attorneys (by ECF and email)

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
4/9/25