



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 29, 2025

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Robert Birch, a/k/a "Robbie Birch"*, 23 Cr. 563 (LAK)

Dear Judge Kaplan:

The Government respectfully submits, with the consent of defense counsel, a proposed order excluding time under the Speedy Trial Act.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:   /s/
      Jamie Bagliebter / Elizabeth A. Espinosa
      Assistant United States Attorneys
      (212) 637-2236/-2216

CC: Counsel of Record