UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BIRCH,<br><br>                    Defendant. | **PROPOSED ORDER EXCLUDING TIME**<br><br>23 Cr. 563 (LAK) |

The Court has received a request by JAY CLAYTON, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Jamie Bagliebter and Elizabeth Espinosa, with the consent of defense counsel, Jeffrey Lichtman and Jeffrey Einhorn, that the time between April 15, 2025 through and including May 28, 2025, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will allow the defendant to continue reviewing the discovery produced and the parties to discuss a potential pretrial resolution of this matter.

Full consideration having been given to the matter set forth therein, it is hereby:

ORDERED that the time between April 15, 2025, through and including May 28, 2025, be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

    The Clerk of Court is directed to terminate Doc. #33.

Dated: New York, New York
      April 29, 2025

                                                _____
                                                ~~THE HONORABLE LEWIS A. KAPLAN~~ JESSE M. FURMAN
                                                UNITED STATES DISTRICT JUDGE, PART I
                                                SOUTHERN DISTRICT OF NEW YORK