LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

July 29, 2025

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Robert Birch</u>, 23 CR 563 (LAK) (SDNY)

Dear Judge Kaplan:

I am writing on behalf of defendant Robert Birch to update the Court as to the progress of the disposition in this case and respectfully request, without objection from the government, an adjournment of Thursday's status conference to the end of August or beginning of September.

Since June, when we reached a disposition in principle, the parties have worked hard and continued to negotiate Mr. Birch's plea agreement, with the terms being finalized yesterday, although they have not yet been distilled to a written plea agreement. Additionally, the government has indicated that it will contact the Magistrate Clerk's Office today to schedule Mr. Birch's change of plea hearing, which I hope to occur on or about August 22 due to pre-existing out of town commitments starting today which both render me unable to attend Thursday's status conference and for the change of plea hearing to occur prior to that date.

Of course, the defendant consents to the exclusion of time under the Speedy Trial Act between July 31, 2025 and his change of plea hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A) to facilitate this request.

JEFFREY LICHTMAN

Hon. Lewis A. Kaplan
United States District Judge
July 29, 2025
Page 2


      Thank you for the Court's consideration of this application; I remain available for a teleconference should Your Honor deem it necessary.


Respectfully submitted,

Jeffrey Lichtman


cc:    Jamie Bagliebter, Esq.
       Elizabeth Espinosa, Esq.
       Assistant United States Attorneys (by ECF and email)