UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT BIRCH,
a/k/a "Robbie Birch,"

Defendant.

**SUPSEDING INFORMATION**

S1 23 Cr. 563 (LAK)

## COUNT ONE
### (Coercion and Enticement of Minor)

The United States Attorney charges:

1.      From at least in or about May 8, 2023 through in or about June 2023, in the Southern District of New York and elsewhere, ROBERT BIRCH, a/k/a "Robbie Birch," the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, BIRCH, on numerous occasions, used a phone, computer, and the Internet, to persuade, induce, and entice a 15-year-old minor (the "Minor Victim") to engage in sexually explicit activity during live-streamed video calls with BIRCH.

(Title 18, United States Code, Sections 2422(b), 2427, and 2.)

*Jay Clayton*
JAY CLAYTON
United States Attorney