LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 11-18-25

November 17, 2025

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Robert Birch</u>, 23 CR 563 (LAK) (SDNY)

Dear Judge Kaplan:

I am writing on behalf of defendant Robert Birch to respectfully request an extension of time, from November 21, 2025 until December 5, 2025, in which to submit to the Department of Probation objections and corrections to the first disclosure of the Presentence Investigation Report ("PSR") in this case. To briefly explain, the PSR dedicates over ten pages to detailing Mr. Birch's personal history and mental health conditions, which we must have reviewed by the defendant's multiple doctors for their commentary, a process that is taking longer than we initially hoped. The government, by AUSA Jamie Bagliebter, has no objection to this request.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:   Jamie Bagliebter, Esq.
      Elizabeth Espinosa, Esq.
      Assistant United States Attorneys (by ECF and email)

SO ORDERED
Granted

LEWIS A. KAPLAN, USDJ
11/18/25