LAW OFFICES OF

**JEFFREY LICHTMAN**

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

**MEMO ENDORSED**

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

January 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/26

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Robert Birch</u>, 23 CR 563 (LAK) (SDNY)

Dear Judge Kaplan:

I am writing on behalf of defendant Robert Birch and without objection from the government to respectfully request a 30-day adjournment of the defendant's February 24, 2026 sentencing. To briefly explain the basis for this application, Mr. Birch, who was 18 years old when he was arrested in this case, has been under the care of three treating mental health professionals during its pendency, and in preparation for Mr. Birch's sentencing, I have requested from each a summary and update of his treatment, including if required, an update to their detailed mental health evaluations. I anticipate that these materials will be featured prominently in our sentencing submission, as made relevant pursuant to 18 U.S.C. § 3553(a). Unfortunately, I am informed by these same mental health professionals that the requested materials will not be completed prior to the present due date for Mr. Birch's sentencing submission, Tuesday, February 10, 2026.

Complicating matters, I will be out of the country for the entirety of next week for a last minute debriefing of a government witnesses with federal law enforcement. Accordingly, even if Mr. Birch's medical professionals were able to complete the requested items sometime next week – which they have indicated they cannot – I would have very little time, if any, to craft Mr. Birch's sentencing submission around them, to the defendant's significant detriment.

Since his self-surrender in the Southern District of New York on November 2, 2023 and subsequent release on bail the same day, Mr. Birch has attended every court appearance without issue and remains living with his parents in Manhattan. Mr. Birch has also remained in a cooperative posture with the government throughout the pendency of his case, consenting to the

JEFFREY LICHTMAN

Hon. Lewis A. Kaplan
United States District Judge
January 30, 2026
Page 2

search of his college dorm room after his arrest and agreeing to undergo multi-day psychological testing by the government's doctors. This is Mr. Birch's first request for an adjournment of his sentencing.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc:    Jamie Bagliebter, Esq.
       Elizabeth Espinosa, Esq.
       Assistant United States Attorneys (by ECF)

MEMO ENDORSEMENT

Application granted. The sentencing hearing is adjourned until 3/24/2026 at 11:00 AM in Courtroom 26B.

So Ordered: _____
                Hon. Lewis A. Kaplan, U.S.D.J.

Dated: 2/_3_/2026