USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

United States of America,

    vs.

Robert Birch,
          Defendant

23 CR 563 (LAK)

- - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: March 26, 2026

_____
    Lewis A. Kaplan
United States District Judge