UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-                                                            23-cr-563 (LAK)

ROBERT BIRCH,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/01/2026

## ORDER IMPOSING JVTA ASSESSMENT

LEWIS A. KAPLAN, *District Judge.*

       Because the defendant is a non-indigent person who was convicted of an offense under chapter 117 of title 18 of the U.S. Code , he is subject to a $5,000 assessment under the Justice for Victims of Trafficking Act of 2015.[1]  The applicability of this assessment was disclosed to the defendant in his plea agreement, at his change of plea hearing, and in the presentence report, and he made no objection.

       The defendant was sentenced on March 26, 2026.  The $5,000 assessment under the JVTA was not included in the Court's oral pronouncement of sentence.  The court hereby imposes that assessment now.  This will be reflected in the judgment of conviction, which likely will be filed early next week.

       The parties shall lodge any objections to this order promptly, so that this matter may be settled within the period set forth in Fed. R. Crim. P. 35(a).

       SO ORDERED.

Dated:      April 1, 2026

                                       Lewis A. Kaplan
                                     United States District Judge

---

[1] 18 U.S.C. § 3014(a); *see also* Consolidated Appropriations Act, 2026, Pub. L. No. 119-75, div. I, § 5012 (2026) (re-authorizing JVTA assessment as of February 3, 2026).