

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 21, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   **Re:**  ***United States v. Robert Birch, a/k/a "Robbie Birch", 23 Cr. 563 (LAK)***

Dear Judge Kaplan:

  The Government writes with consent of the defense to respectfully request a two-week extension for the parties to file submissions regarding restitution. The Court ordered the parties to submit their positions on restitution by May 22, 2026 and scheduled a restitution hearing, if needed, for May 26, 2026. The parties have been engaged in productive discussions regarding restitution and expect to reach an agreement as to the full restitution amount, likely obviating the need for a hearing. Additional time, however, is needed to resolve remaining areas of dispute. Accordingly, the Government respectfully requests that the Court permit the parties to file their submissions on restitution by June 5, 2026.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney for the
         Southern District of New York

      by:   /s/
         Jamie Bagliebter / Elizabeth A. Espinosa
         Assistant United States Attorneys
         (212) 637-2236/-2216

CC: Counsel of Record