

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 4, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2026
```

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Robert Birch, a/k/a "Robbie Birch", 23 Cr. 563 (LAK)*

Dear Judge Kaplan:

The Government writes with consent of the defense to respectfully request an additional two-week extension for the parties to file submissions regarding restitution. The Court ordered the parties to submit their positions on restitution by June 5, 2026 and scheduled a restitution hearing, if needed, for June 10, 2026. The parties have continued their productive discussions regarding restitution and are awaiting some necessary documentation to finalize these discussions. As previously indicated to the Court, the parties expect to reach an agreement as to the full restitution amount, likely obviating the need for a hearing. Accordingly, the Government respectfully requests that the Court permit the parties to file their submissions on restitution by June 22, 2026.

**GRANTED.**

**SO ORDERED.**

_____
LEWIS A. KAPLAN, USDJ

**6/5/2026**

CC: Counsel of Record

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:   ___/s/_____
Jamie Bagliebter / Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-2236/-2216