

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 6, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

>    Re:    *United States v. Robert Birch, a/k/a "Robbie Birch"*, 23 Cr. 563 (LAK)

Dear Judge Kaplan:

The Government writes with consent of the defense to respectfully request an additional one-week extension for the parties to file submissions regarding restitution. The Court ordered the parties to submit their positions on restitution by July 6, 2026. The parties have continued their productive discussions regarding restitution and are finalizing these discussions. As previously indicated to the Court, the parties expect to reach an agreement as to the full restitution amount, likely obviating the need for a hearing. Accordingly, the Government respectfully requests that the Court permit the parties to file their submissions on restitution by July 13, 2026.

>    Respectfully submitted,
>
>    JAY CLAYTON
>    United States Attorney for the
>    Southern District of New York
>
>    by:    ___/s/_____
>    Jamie Bagliebter / Elizabeth A. Espinosa
>    Assistant United States Attorneys
>    (212) 637-2236/-2216

CC: Counsel of Record