USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

UNITED STATES OF AMERICA,

-against-

23-cr-563 (LAK)

ROBERT BIRCH,

Defendant.

----------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The government's filing at Docket 69 includes information that now is under seal. Accordingly, the Clerk respectfully is directed to strike Docket 69 from the public docket.

SO ORDERED.

Dated: July 16, 2026

Lewis A. Kaplan
United States District Judge