UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/2026
```

UNITED STATES OF AMERICA

v.

ROBERT BIRCH

**Consent**
**Order of Restitution**

S1 23 Cr. 563 (LAK)

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Jamie Bagliebter and Elizabeth Espinosa,

Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's

conviction on Count One of the Information; and all other proceedings in this case, it is hereby

ORDERED that:

1.      **Amount of Restitution**

Robert Birch, the defendant, shall pay restitution in the total amount of  $629,040, pursuant

to 18 U.S.C. §§ 2429, 3663(a)(3) and 3663A, to the victims of the offense charged in Count One

of the Information.  The names, addresses, and specific amounts owed to each victim are set forth

in the Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States

Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send

payments to the new address without further order of this Court.

A. **Apportionment Among Victims**

Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached

hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally

to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule

A.

2025.02.20

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) within 90 days from the entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.    Checks    and    money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (<u>Attn</u>: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

2025.02.20                                           2

**5.**     **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6.**     **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: _____     July 13, 2026
Jamie Bagliebter                        DATE
Elizabeth Espinosa
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2236


By: *Jeffrey Lichtman*                   July 13, 2026
Counsel for Robert Birch

Jeffrey Lichtman, Esq.                   DATE
Jeffrey Einhorn, Esq.
441 Lexington Avenue, #504
New York, NY 10017

2025.02.20                               3

SO ORDERED:

/s/ Lewis A. Kaplan
_____          July 16, 2026
HONORABLE LEWIS A. KAPLAN                DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                                4

# SCHEDULE A
# TO BE FILED UNDER SEAL